--
David Adams
support@sniffspot.com

On Mon, Jul 12, 2021 at 4:45 PM PDT, West Seattle Dog Park
<westseattledogpark@gmail.com> wrote:
Hi David,
Please send me a copy of the emails you receive so I know which neighbors to reach
out to. I've spoken with 2 neighbors, 1 on the north and 1 on the south.
If you review my open hours, they are set within Seattle city ordinance. Seattle quiet
hours in Seattle are 7am to 10pm weekdays, and 9am - 10pm weekends. Both
neighbors are up by 7am and I have never stayed open after 9-9:30. (I close by sunset
and open after sunrise, and I have zero lights in my yard).
The neighbor on the north, who I will refer to as Mike, wants me to shut down because
his dog Otis barks too much throughout the day when he is allowed to be outside. I was
outside in my yard last night at 8:30 and Mike (owner) was yelling at Otis to be quiet.
Otis barks all day at dog walkers, FedEx/Amazon delivery drivers, and me! It's definitely
annoying!
I texted Mike today, and I will do so continuously, before dogs arrive. No reply from him
yet. And Nichole, a regular guest, has asked Mike for his number and will do the same
before each of her visits. He agreed to her to accept such messages.
Robin has never answered any text message that I have sent to her, so I stopped
texting her.

Bella, dog on the south side, is barking as I type this message to you. She's barking at
the garbage truck! Again, an annoying yipe. The owner, Lisa, never tells Bella to be
quiet.

Both neighbors have lots of different noises that bother me. I have never complained.

Rockie

On Mon, Jul 12, 2021 at 3:13 AM PDT, Sniffspot Team <support@sniffspot.com> wrote:
Hi Rockie - some of your neighbors have reached out to us to ask for some changes to
your spot. It is part of our host standards to get along with neighbors. We generally ask
for neighbors and hosts to resolve issues among themselves, but if they can't resolve
them then the neighbors can reach out to us to resolve them. It's really important for
Sniffspot that we are friendly to neighbors, otherwise we may get more into issues like
Airbnb where neighborhoods hate Airbnb.

These are the requests:

- Work constructively with neighbor requests - if they reach out with concerns
  then work with them and resolve them
- Set a rule that guest dogs not excessively bark
- Set hours from 9AM - 8PM
- Give neighbors notice of visits so they can plan nap time - we are releasing a
  calendar integration feature, so perhaps you could have a shared calendar.
- Limit to 3 dogs at a time.
- Add to your listing that your spot works best for small (up to 21 lbs.).
- Add to your listing that neighbor dogs may very well likely be outside and
  they should not assume that they are inside.

I would ask that you make these changes to your spot. Please confirm when you have
made these changes and let me know if you have any questions or concerns. Thank
you for making the world a more dog friendly place!


--
David Adams
support@sniffspot.com

# Fwd: Getting along with neighbors

FAVORITES



**West Seattle Dog Park** <westseattledogpark@gmail.com>

to me

---------- Forwarded message ---------
From: **Sniffspot Team** <support@sniffspot.com>
Date: Tue, Jul 13, 2021, 7:51 AM
Subject: Re: Getting along with neighbors
To: West Seattle Dog Park <westseattledogpark@gmail.com>

Hi Rockie - these are the neighbors that emailed: Lisa Johnson, Rene Dufour, Mike Daversa, Robin McNett, Ryan Leyva, Michelle Leyva.

Do you need contact emails for them as well? I can ask them if they are OK passing along their contact information to you. Alternatively, would you be OK passing along your contact information to them?

The unfortunate thing about how we are set up is, if a neighbor insists on a spot being closed, we will need to close it. That is our policy because we need to maintain a community friendly platform. I really hope you can resolve this with them. The below are their initial requests, but it seems like some of them just want your spot to be closed at this point. I am really sorry that this situation is happening because I would hate to lose you as a host - you are one of our best hosts!

David



support@sniffspot.com

**West Seattle Dog Park** <westseattledogpark@gmail.com>
to me

---------- Forwarded message ----------
From: **Sniffspot Team** <support@sniffspot.com>
Date: Thu, Jul 22, 2021, 12:25 PM
Subject: Re: Getting along with neighbors
To: West Seattle Dog Park <westseattledogpark@gmail.com>

Hi Rockie - I am sorry to say that it has come to my attention that your neighbor's dog and a guest dog may have
made contact through, under or over your fence. If the fencing you have is such that dogs can make contact
through it and neighbor dogs are against the fence, this is not safe for a spot. Safety is the most important thing
for a Sniffspot. I need to turn off your spot until this safety issue can be addressed. I would ask for a secure
fence with no gaps where contact can be made with outside dogs (through, below or above) be installed.
I am really sorry to have to pause your spot, but this is an essential safety issue for us. Please let me know
if you have any questions or issues.

David

# Help Dogs And Make Money With Your Yard

Sniffspot enables anyone to offer their yard as a dog play area.

### West Seattle Dog Park

Hello David,

Did Mike share the incident # with you? Of his contact with the police on Thursday night? (July 22nd).
After his threat that he was going to trespass into my yard and remove my fence, my family and friends and I left the fence partially set up and I have not touched it all weekend.
I ordered another fence which will be put up tomorrow - without touching the fence that he is claiming is his.

Also, can you please send me a copy of the contract I signed with sniffspot?

Thank you,
Rockie

On Mon, Jul 26, 2021, 1:49 PM Sniffspot Team

Hi Rockie, I don't have the incident number. The agreement for sniffspot is our terms of service here: https://web.sniffspot.com/sniffspot-terms-of-service

This is our good neighbor policy: https://help.sniffspot.com/article/186-being-a-good-neighbor

David

   

# West Seattle Dog Park

 **Inactive indefinitely**

You're currently not accepting reservations and the spot is not listed in search results.

🕐 **Reactivate spot** ›

🗓 **Spot availability** ›
Let guests know when they can visit

 **Photos**　238 photos ›

   +235

**EXHIBIT 2**

# Text from Mia
Inbox

**west seattle**

to me

Wow, I am so sorry to hear all of that. What a nighare. I always got really bad vibes from the guy next to you and his wife. I'm not surprised at all that he's an ex military and gun owning type, I figured as much just by his vibes if you know what I mean. Both him and his wife were always miserable assholes every time I did see them. I hope you're able to stay safe and comfortable in your own property.

Subject: Re: Sniffspot message: You Have A Message from Lynn

They don't like my SS, and Mike yells, and swears, at Otis - which I don't like. But, I try to always keep a smile on my face. And, hope that all of my guests and their pups have a fabulous time!

Thank you for sharing!
Rockie

On Sun, Apr 25, 2021, 6:51 PM <messages@parse.sniffspot.com> wrote:

Here is what they wrote:

I think your neighbors aren't thrilled with being next to a sniff spot, but my friend and I are GenX and enjoyed the glam rock and 90's hip hop. :)

**So sorry fir the hassle**

2:55 PM

**Case #21-74103. Officer Sato**

2:55 PM

**Don't be sorry. This was not your fault. And needed thi be addressed.**

**Did you explain to him that you are now afraid of visiting my sniffspot? Because you're afraid he has a gun?**

2:59 PM

Hi Rockie

Just had a strange interaction with your neighbor. Otis was outside when we arrive and was seemingly playful barking and running up and down the fence, then his tone changed and his bark become much more aggressive. The wife came out to get Otis and the husband walk over to me looked at my dog and said "get the fuck away from me or I will shoot you" and took some photos or video of Pippin.

Pretty uncomfortable to be threatened like that on our very first Sniffspot experience.

11:25 AM

OMG! This is definitely not right. Are you 100% sure that you heard him say exactly that? I'm not home to speak with him, but I will contact him. What time during your visit did this happen? I want you to know that I am very sorry. I will have Sniffspot credit you. And I will find out why this happened.

Rockie

11:33 AM

100% positive. He was looking directly at me and I was standing approximately 15' away from him. I am here with a friend who was near the entrance and she also heard it. They were standing in the window watching us from the moment we arrived. No credit necessary. Just sad your neighbor is a jerk. Pippin is a big pretty dog and your neighbor was absolutely trying to intimidate us. 11:10-11:15. We aren't letting him run us off.

11:39 AM

Amy, I'm not sure how you feel about this, but when someone says they are going to shoot you, you need to call the police. And it's great that you have a friend to be a witness. I have reported this to David (Sniffspot owner) but I might not hear back until Monday. You are at the top of my list. This type of occurrence cannot be ignored.

12:20 PM

We definitely should have called the police, we were just in shock.

1:02 PM

Just a heads up, and I am so sorry about this, I did go ahead and file a police report about this. Threats and intimidation are just so wrong, he needs to understand that.

2:32 PM

# From Megan F., On May 30

## West Seattle Dog Park

I wanted to let you know that we really love your sniff spot. Your neighbors were out last time we visited and today, they stated that the sniff spot is disruptive to the neighborhood and their dog. We are very mindful to be quiet when we're there and our dogs don't bark, they had the music up loud today and I don't want this situation to affect having this spot be available. Let me know if there's anything we can do when we visit to make it a better situation for everyone. Thanks again!

May 30

Wednesday, Feb 26, 2020 • 8:12 AM



Hi Rocky. This is Valerie. I was with Leah at your Yard for a Sniffspot play date with my puppy. Hope you are feeling and doing better.



I remember you asked for the name of the guy that did my fence. Did I give that to you?

No you didnt. Thank you so much of thinking of me. Did you see everything that happened to me? Im embarrassed

So embarrassed.

I broke my neck. And still at Cherry Hill Swedish.

   I'm glad to h   →   ɔm you.
Please don't trouble yourself

Text message     🙂 

☰     ▢     ∨



I'm glad to hear from you. Please don't trouble yourself being embarrassed for me. I hope you can focus on recovery. Anyone could get injured or sick. I'm glad we were there. I didn't know what to do either. We were there until the EMT told us it was okay to go.

2/26/20, 8:32 AM

Lets talk a bit later. OT just came into my room. I'll bee available at 10:30.

Wednesday, Feb 26, 2020 • 11:24 AM

I'm available today, now until 3:30. Feel free to call me. I'd love to chat.

I'm at work a˙˙ ˙, If I get a chance I will ↓

    Text message         

|||     ◯     ⌄

← Sniffspot Val...   📱   📞   🔍   ⋮



**I'm at work all day. If I get a chance I will.**

2/26/20, 11:32 AM

Wednesday, Feb 26, 2020 • 1:05 PM



2/26/20, 1:05 PM • SMS

Tuesday, Mar 17, 2020 • 9:34 AM

Hi Valerie! Sorry we never chatted. How are things going for you...at work?

3/17/20, 9:34 AM • SMS



**Hey Rocky! How are you? Out of the hospital yet? I'm unfortunately at the office today for the moment.**

3/17/20, 10:05 AM

↘

I was di....arged on the 3rd.

⊕   🖼️   Text message    🙂   ✈️

≡   ◯   ⌄

I was discharged on the 3rd. Doing a bit better each day. My mom has been helping me out. Sorry to hear that you are at an office. Hope you can stay clean and healthy! Be very careful. 

3/17/20, 10:15 AM • SMS

You too. Crazy times, huh?

3/17/20, 10:16 AM

Glad to hear you were discharged. Hope you have a speedy recovery.

3/17/20, 10:16 AM

Yes. Very crazy. Do you have a couple minutes to quickly tell me what happened. I had a seizure so I don't remember anything. My question for you is, did I fall on my elbows? I have i    d my ulnar nerve i    a doctors never diagnoseu it.

⊕   🖼   Text message   →   ☺   🎤

Ξ   ◯   ⌄

Yes. Very crazy. Do you have a couple minutes to quickly tell me what happened. I had a seizure so I don't remember anything. My question for you is, did I fall on my elbows? I have injured my ulnar nerve but the doctors never diagnosed it.

3/17/20, 10:19 AM · SMS

I didn't not noticed what part of you body you fell on. I did see that you fell face forward. It was getting dark.

3/17/20, 10:21 AM

Maybe Leah saw what happened? Do you think she would speak to me? I need to speak with doctors and explain sgtsy happened.

3/17/20, 10:23 AM · SMS

"What"

3/17/20, 10:23 AM · SMS



Text message

I don't know Leah that well but she seems like a nice person. I only know her through the puppy classes. Do you want me to ask her to contact you?

3/17/20, 10:25 AM

Yes, please.  That would be so much appreciated. I'm very lucky to have received your text/ contact number. You were the only one there that can explain.  My sister told me a few things about AMR being very unprofessional.

3/17/20, 10:27 AM · SMS

Ok. I will do it now.

3/17/20, 10:27 AM

Thank you!

3/17/20, 10:28 AM · SMS

 Attach recent photo

⊕  📷  ≡  Text message  ◯  ☺  ◡  🎤

2:30.
Thanks again!

Tuesday, Jul 13 · 8:54 AM

Good morning Mike. Currently
I have 2 guests today – 1 at 10
and that other at noon. Thanks
again for allowing me tlo send
you messages. 👍
Have a nice day!

Hi Raquel. I appreciate you
sending updates on when
you'll have clients but it's not
necessary. Unfortunately
Sniffspot is not something that
I support in this neighborhood.
Otis was attacked by a dog on
your property from under our
fence and cut up pretty bad.
I am going to file an incident
report with sniff spot. I am
open to discuss if you would
like.

Jul 13, 9:04 AM



Never discussed by Daversa. No evidence of
any attack, including by Susan who was at the
residence at the time. No vet bill, cone, pictures.
Otis is always the aggressor.
!!!





7-31-21 Shortly after Otis snapped at Mike's face.



8-2-21 Wood removal from Darvas' front yard, months after being a fire hazard in record degree heat.









8-4-21 Johnson garbage still on Reynolds' property. Basketball hoop blocking garage.







Emergency_petitio....pdf

Show all ✕

80°F Sunny ⌄ 80°F Sunny ∧ 🖥 🖼 📶 🔊   7:44 PM
8/11/2021



False report to Animal Control



Beer cans after night of drinking - left out for days.



Beer cans/bottles left in backyard for days after drinking.



Bella off leash in front of Reynolds' house - frequent.





Johnson's garbage 8-3-21 9:47 p.m. on Plaintiff's property.


Johnson house nobody up 5:11 a.m. Told Plaintiff's guests they had to leave because she always gets up at 5:00 a.m.



Johnson house nobody up 5:11 a.m.
Reflection in window, not inside light.










JP WALKING BACK







DRY ROTTEN WOOD STACKED IN FRONT YARD FOR MONTHS DURING HOTTEST WEATHER



Only started giving water after confronted by Reynold's resident to do so in 90+ weather for a week.

7-31-21 Otis after snapping Mike's face - but has water this time.



8-2-21 Otis left outside again after Mike dumped out water dish





8-2-21 another
view - no water for
Otis - 85 degrees









85°F  Haze  ^  5:57 PM
8/2/2021



LEVVA 20' SOUNDPROOF HEDGE BEING TRIMMED 7-27-21.







# Visit notes

Progress Notes by Rebecca Welch, ARNP at 08/31/20 1640

**SMG PRIMARY CARE WEST SEATTLE**
**SWEDISH PRIMARY CARE WEST SEATTLE**
**3400 CALIFORNIA AVE SW STE 300**
**SEATTLE WA 98116-3307**
**206-320-3399 Clinic**

**Diagnosis/Plan:**
The following diagnosis and plan is discussed with the patient and she is in agreement:

**1. Contusion of both upper extremities, initial encounter**
Recommend over-the-counter pain relievers as the bruises continue to heal.
She has a f/up visit later this week with Behavioral Health for psychological support for difficult family relationships and plans to discuss these events with her at that time. She also is in contact with her attorney who is providing legal support.

**2. Assault, physical injury**
As noted above

**3. Neuropathic pain**
FU with Neurology as planned

**4. S/p C5-C6 ACDF by Dr. Chapman on 2/13/20**

Patient Instructions
Thank you for coming to Swedish West Seattle Primary Care.
I am very sorry that you are dealing with such a difficult situation.
We have documented the visible injuries.
Please be sure to follow up with Neurology, Behavioral Health, and Dr. Bonsack.

**Chief Complaint**
Patient presents with
- Bleeding/Bruising
  *bruising on arms*
- Arm Pain
  *bilateral arm pain*

**History of Present Illness:**
Raquel Reynolds presents to clinic for evaluation of injuries that occurred during an altercation with her sister three days ago. She and her sister are in a longstanding struggle at her home where she has been unable to evict her sister from her home. She has had to move out of the home due to her sister's volatile behavior. Three days ago she notes that she and her sister were disagreeing about a box when her sister physically attacked her, coming at her throat with a forearm and then grabbing her wrist. Raquel screamed for her

neighbors to call the police while they retreated into their homes. When the police arrived, her sister claimed that she had been physically attacked and Raquel was taken to jail in handcuffs. She spent one night in jail with no food and without her medications. She would like documentation of her injuries. She has an upcoming appointment with behavioral health and has been in communication with her attorney.

Patient's primary care physician: Bruce A. Bonsack, MD
**Past Medical History:**
Diagnosis                                                                          Date
- Depression
- Epilepsy (HCC)
- Medical history non-contributory

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • 5-HYDROXYTRYPTOPHAN PO | Take by mouth. | | |
| • ALPHA LIPOIC ACID PO | Take by mouth. | | |
| • aspirin 81 mg chewable tablet | Chew and swallow 1 tablet Daily. | 365 tablet | 0 |
| • B Complex Vitamins (B COMPLEX 1 PO) | Take 1 tablet by mouth Daily. | | |
| • brivaracetam (BRIVIACT) 100 mg tablet | Take 1 tablet by mouth 2 times daily. Patient doesn't need just yet but when her 25 mg prescription expires will need | 60 tablet | 5 |
| • Bromelains (BROMELAIN PO) | Take by mouth. | | |
| • cholecalciferol (THERA-D) 100 mcg (4,000 units) tablet | Take by mouth Daily. | | |
| • Coenzyme Q10 (CO Q-10 PO) | Take by mouth. | | |
| • erythromycin ophthalmic ointment | Place into the left eye 4 times daily. | 3.5 g | 0 |
| • fluticasone (FLONASE) 50 mcg/nasal spray | 2 sprays by Nasal route Daily Dispense medicine "up and out" toward eye as directed. (Patient not taking: Reported on 8/17/2020.) | 16 g | 11 |
| • folic acid 0.5 mg TABS | Take 0.5 mg by mouth Daily. | | |
| • GRAPE SEED ER PO | Take by mouth. | | |
| • Lactobacillus (PROBIOTIC ACIDOPHILUS PO) | Take 1 tablet by mouth Daily. | | |
| • LUTEIN PO | Take by mouth. | | |
| • MAGNESIUM PO | Take by mouth. | | |
| • Menaquinone-7 (VITAMIN K2 PO) | Take by mouth. | | |
| • Menthol-Methyl Salicylate (ARTHRITIS HOT) 10-15 % CREA | Apply 1 Application topically as needed (muscle pain). BenGay or IceHot | | 0 |
| • Methylcobalamin (METHYL B-12 PO) | Take 1.5 mg by mouth Daily. | | |
| • Multiple Vitamins-Minerals (MULTIVITAMIN ADULT PO) | Take by mouth. | | |
| • QUERCETIN PO | Take by mouth. | | |

- TURMERIC PO                  Take  by mouth.

No current facility-administered medications on file prior to visit.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CERVICAL SPINE SURGERY | Anterior | 2/13/2020 |

*Procedure: C4-C7 POSTERIOR CERVICAL FUSION;  Surgeon: Jens Robert Chapman, MD;  Location: SCH MAIN OR*

| | | |
|---|---|---|
| • OTHER SURGICAL HISTORY | | 1989 |

*ligament/muscle right thumb*

**Social History**

Socioeconomic History
- Marital status:          Single
  - Spouse name:          Not on file
- Number of children:     Not on file
- Years of education:     Not on file
- Highest education level:   Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity
  - Worry:                Not on file
  - Inability:            Not on file
- Transportation needs
  - Medical:              Not on file
  - Non-medical:          Not on file

Tobacco Use
- Smoking status:         Never Smoker
- Smokeless tobacco:      Never Used

Substance and Sexual Activity
- Alcohol use:            Not Currently
  - *Comment: occ*
- Drug use:               Never
  - *Comment: Drug use: No*
- Sexual activity:        Not on file

Lifestyle
- Physical activity
  - Days per week:        Not on file
  - Minutes per session:  Not on file
- Stress:                 Not on file

Relationships
- Social connections
  - Talks on phone:       Not on file
  - Gets together:        Not on file
  - Attends religious      Not on file
    service:
  - Active member of club  Not on file
    or organization:
  - Attends meetings of    Not on file
    clubs or organizations:
  - Relationship status:   Not on file
- Intimate partner violence
  - Fear of current or ex  Not on file
    partner:
  - Emotionally abused:    Not on file
  - Physically abused:     Not on file
  - Forced sexual activity: Not on file

Other Topics                    Concern
  • Not on file
Social History Narrative
  • Not on file

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • 5-HYDROXYTRYPTOPHAN PO | Take by mouth. | | |
| • ALPHA LIPOIC ACID PO | Take by mouth. | | |
| • aspirin 81 mg chewable tablet | Chew and swallow 1 tablet Daily. | 365 tablet | 0 |
| • B Complex Vitamins (B COMPLEX 1 PO) | Take 1 tablet by mouth Daily. | | |
| • brivaracetam (BRIVIACT) 100 mg tablet | Take 1 tablet by mouth 2 times daily. Patient doesn't need just yet but when her 25 mg prescription expires will need | 60 tablet | 5 |
| • Bromelains (BROMELAIN PO) | Take by mouth. | | |
| • cholecalciferol (THERA-D) 100 mcg (4,000 units) tablet | Take by mouth Daily. | | |
| • Coenzyme Q10 (CO Q-10 PO) | Take by mouth. | | |
| • erythromycin ophthalmic ointment | Place into the left eye 4 times daily. | 3.5 g | 0 |
| • fluticasone (FLONASE) 50 mcg/nasal spray | 2 sprays by Nasal route Daily Dispense medicine "up and out" toward eye as directed. (Patient not taking: Reported on 8/17/2020.) | 16 g | 11 |
| • folic acid 0.5 mg TABS | Take 0.5 mg by mouth Daily. | | |
| • GRAPE SEED ER PO | Take by mouth. | | |
| • Lactobacillus (PROBIOTIC ACIDOPHILUS PO) | Take 1 tablet by mouth Daily. | | |
| • LUTEIN PO | Take by mouth. | | |
| • MAGNESIUM PO | Take by mouth. | | |
| • Menaquinone-7 (VITAMIN K2 PO) | Take by mouth. | | |
| • Menthol-Methyl Salicylate (ARTHRITIS HOT) 10-15 % CREA | Apply 1 Application topically as needed (muscle pain). BenGay or IceHot | | 0 |
| • Methylcobalamin (METHYL B-12 PO) | Take 1.5 mg by mouth Daily. | | |
| • Multiple Vitamins-Minerals (MULTIVITAMIN ADULT PO) | Take by mouth. | | |
| • QUERCETIN PO | Take by mouth. | | |
| • TURMERIC PO | Take by mouth. | | |

No current facility-administered medications for this visit.

**Review of Systems:**
Constitutional: Negative for fever/chills.  Negative for malaise.

MSK: See above. Negative for joint pain or stiffness or swelling. Negative for myalgias. Negative for weakness.
Skin: See above.
Neuro: Chronic neuropathic pain in the LUE, especially along the lateral forearm and fifth finger.

**Physical Exam:**
BP 118/72 | Temp 36.6 °C (97.9 °F) | Wt 58.1 kg (128 lb) | BMI 19.46 kg/m²
General: Pleasant, WD female in NAD
Neck: Surgical scar noted. Supple, full range of motion. No edema or ecchymosis noted.
Skin: Multiple bruises noted to both distal upper extremities and bruise seen on inside of left, proximal upper extremity. Resolving scattered scratches to forearms.











Neuro: A/O x 3. Movements are fluid and well-coordinated.
Psych: Spontaneous affect. Good eye contact.

Total time spent with patient was 30 minutes, with > 50% of the time spent providing
counseling regarding diagnosis and treatment, answering questions, and care coordination.

Rebecca Welch, ARNP
Swedish West Seattle Primary Care Clinic
3400 California Ave. SW, Suite 300
Ph: (206) 320-3399

Fax: (206) 320-5506

MyChart® licensed from Epic Systems Corporation © 1999 - 2020





















1(d)



1(d)



## Christy Stewart, Psy.D.

3948 S. Ferdinand St.
Seattle, WA 98118
206-661-2162
Fax 206-400-1133
christy@drchristystewart.com

October 1, 2020

To Whom It May Concern,

I am a clinical psychologist, writing on behalf of my patient, Raquel Reynolds, at her request. I have seen Raquel Reynolds for weekly psychotherapy, beginning in November of 2015. Raquel is a low functioning individual with some cognitive impairment, likely related to her longstanding diagnosis of epilepsy. Raquel has particular trouble prioritizing her needs and effectively advocating for herself. Raquel gets caught up in minor details and doesn't clearly recognize the "big picture." She has a longstanding difficulty holding a job. In February 2020, Raquel experience a bad fall during a seizure which resulted in a serious neck injury requiring surgery (ACDF). Her C5-C6 unstable fractured neck/ left vertebral artery dissection have resulted in chronic pain and difficulty with movement and strength.

A primary issue addressed in treatment has been the problem of Raquel's sister, Maria, squatting in her home. This has been the case since approximately June of 2017. Maria has never paid rent or utilities and has refused to move out. Raquel has been using her alimony to pay her mortgage. Alimony will end mid-November 2020, at which time Raquel has no way to make the mortgage payments.

Raquel left her home to live with her elderly parents, due to intimidation and fear of her sister. Until recently, Raquel has experienced pressure from her parents to avoid using social service or legal support to help remove her sister from her home. Her parents have expressed concern that if Maria leaves Raquel's home, she will move in with them. Maria living with her parents in the past has resulted in conflict between Maria and her parents, and Maria and her brother Rick (who also lives with their parents). In the past 3 years, Raquel had been advised by me, a social worker in private practice, a priest, and representatives from social service to go to the police and court system for assistance in removing Maria from her home. She has been unwilling to advocate for herself in this way.  She has tried to convince her sister to leave through requests and reason; her sister's response has been refusal to engage in conversation, intimidation, and bullying tactics. Raquel has reported threats made by Maria to both Raquel and her parents, to have Raquel put into jail if she enters her own home, and to burn down her home. Raquel and her parents are afraid of Maria.

Regarding the incident precipitating the request for a protection order, Raquel reported the following: Raquel, and her brother, Rick, had gone to her home to sort out and remove unwanted items from her basement. Raquel asked for Rick's help in moving items due to her hand and arm pain and general weakness. Maria became upset that Raquel had remove a small empty box and came outside to confront her. Raquel became frightened, texted Rick (who was walking home), and called both her mother and 911. There was an altercation in which Maria put her arm against Raquel's neck and stepped on her phone. Raquel, still recovering from her broken neck and experiencing hand and arm pain, felt hurt and afraid. The police arrived. Raquel made it clear that she did not want Maria arrested, due to Maria's prior arrest record. Raquel was then arrested without explanation. She spent the night in jail, without her epilepsy medication or food that met her dietary restrictions, and was then released the next day. Raquel is now mistrustful and fearful of the police.

Raquel desires to live in her own home, free from contact or harassment from Maria. In order to continue mortgage payments, she plans to rent a bedroom in her home and operate her dog play area in her yard. I write this statement with the hope that the court will assist Raquel in removing Maria from her home and will protect Raquel from further intimidation or harm from Maria.

Sincerely,

Christina Stewart, Psy.D.
PY60469459

# DivestSPD Successfully Identifies Six Seattle Police Officers Who Attended Deadly Capitol Riot.



Nick Lozier

Apr 26·5 min read



Carnage at the Capitol. Photo: Leah Millis/Reuters

As hundreds of rioters who breached the Capitol are being identified by the authorities and their communities, the Associated Press reported in January that over 30 police officers are under investigation for their presence at former President Trump's "Stop the Steal" rally.

The rally, a bare-faced attempt to subvert an electorate that decisively rejected Trump in the November 2020 election, caused $30 million in property damage. By the time the attack was over, scores were injured, and five people were killed, including one police officer.

DivestSPD, a local organization dedicated to pressuring corporations and businesses to cut ties with the Seattle Police Foundation, has successfully identified six officers who attended the deadly riot. DivestSPD already discovered two, but the department and police union successfully hid the other four officer's identities until now. All six officers are still employed by the department, facing an internal investigation.

Six confirmed rioters make Seattle home to the largest identified group of officers from any police department in the nation to be present in DC on January 6. This reality has renewed a pain felt by members of this community, whose protesting for Black lives last summer was repeatedly met with the widespread use of teargas and indiscriminate shows of force from the department, despite a city ban on the former and public outrage to the latter.

The department has also been under a federal consent decree since 2012 for misconduct and has seen three police chiefs since then. In April, Acting Chief Adrian Diaz supported his officer's in their First Amendment expressions at the Capitol, "but the violent events

that unfolded "were unlawful and resulted in the death of another police officer.". Diaz vowed to allow an investigation to play out before commenting further on the situation.

Thanks to community pressure and investigation by DivestSPD, these officer's identities are now finally revealed to the community they work in. The Seattle Police Officer's Guild (SPOG) has, up until this point, successfully sued to keep the officer's identities a secret. The union is headed by far-right President Mike Solan, who falsely blamed antifa and Black Lives Matter for the Capitol riot, engages in smear campaigns against local activists, and indulges online agitator Andy Ngo on his "Hold the Line" podcast.

Between SPOG's litigious stalling, a slow-moving investigation by Seattle's Office of Police Accountability (OPA), and no "good cops" coming forward with their coworker's identities, the officer's actions at the Capitol are still unknown to the public. Unsurprisingly, a majority of the six officers have lengthy rap sheets of civilian abuse.

Here are the specifics.

## Who do they protect? Who do they serve?



Source: DivestSPD

Next is Seargent Scott Bach, who has three active OPA investigations. He was transferred and had his rank change on January 7, possibly connected to his appearance at the deadly riot in DC.

Annual salary: $138,220.



Source: DivestSPD

First is K9 Acting Sergeant Jake Briskey, named in five different successful civil rights lawsuits for excessive force and wrongful arrest.
Annual salary: $121,680.



**Alexander Everett #8565**
Southwest Precinct   Salary: $95,380 | Hire Date: 10/5/2017

**Caitlin Rochelle #8566**
South Precinct   Salary: $95,380 | Hire Date: 10/5/2017

- Couple transferred to Seattle from Roundrock, TX
- Married in December 2020. This was their honeymoon
- Combined, the two have had 10 OPA complaints in their three-year careers
- Allegations include bias, use of force, conformance to the law, professionalism

DIVEST SPD

Source: DivestSPD

"Identified by DivestSPD earlier this year, Alexander Everett & Caitlin Rochelle are a couple. They transferred to SPD together in 2017, then married in Dec. 2020. They've each averaged roughly two complaints annually in their careers."

Annual salary: $95,380 each.



## Jason Marchione
## #8566
### South Precinct
Salary: $107,000 Hire Date:1/9/2017

- Works the same beat and shift as Caitlin Rochelle
- Six OPA complaints since 2017
- In one complaint, a Black man alleged Marchione used excessive force during a takedown, breaking the man's wrist
- 45% of his uses of force were against Black subjects (SPD avg. is 30%)

DIVEST SPD

Source: DivestSPD

Jason Marchione has earned six OPA complaints since 2017 and disproportionately uses force against Black men.

Annual salary: $107,000.