1    Hon. Ricardo S. Martinez

2

3

4

5                        UNITED STATES DISTRICT COURT
6                        WESTERN DISTRICT OF WASHINGTON

7
     RAQUEL REYNOLDS, a single person,
8
                              Plaintiff,              No.     2:21-cv-01560-RSM
9
            v.                                        DECLARATION OF KERALA T.
10                                                    COWART IN SUPPORT OF
     CITY OF SEATTLE; SEATTLE POLICE                  DEFENDANTS' PRAECIPE TO CORRECT
11   DEPARTMENT; OFFICER PETE CAVINTA,                ERROR IN PARTIES' JOINT STATUS
     JR; and JANE DOE CAVINTA, husband and            REPORT AND DISCOVERY PLAN
12   wife and the martial community comprised
     thereof; OFFICER SCOTTY BACH and JANE
13   DOE BACH, husband and wife and the martial
     community comprised thereof; OFFICER
14   DANIEL KIM and JANE DOE KIM, husband
     and wife and the marital community comprised
15   thereof; OFFICER GERMAN BARRETO and
     JANE DOE BARRETO, husband and wife and
16   the marital community comprised thereof;
     KIRA GUZMAN and JOHN DOE GUZMAN,
17   wife and husband and the marital community
     comprised thereof; RAYMOND FISCHER and
18   JANE DOE FISCHER, husband and wife and
     the marital community comprised thereof; and
19   OFFICE OF POLICE ACCOUNTABILITY,

20                            Defendants.

21

22          I, KERALA T. COWART, being familiar with the facts set forth herein based on my personal

23   knowledge, and being competent to testify, hereby declare under penalty of perjury that the

     DECLARATION OF KERALA T. COWART IN SUPPORT OF        **Ann Davison**
     DEFENDANTS' PRAECIPE TO CORRECT ERROR IN PARTIES' JOINT   Seattle City Attorney
     STATUS REPORT AND DISCOVERY PLAN - 1                  701 5th Avenue, Suite 2050
     (2:21-cv-01560-RSM)                                   Seattle, WA 98104-7095
                                                           (206) 684-8200

following is true and correct:

1. I am an Assistant City Attorney representing the Defendants in this case.

2. My co-counsel John Barry and I have worked diligently to develop an agreed, joint status report and discovery plan with Ms. Martinez (nee Reynolds). A corrected version of the report is attached as Exhibit A.

3. We met with Ms. Martinez by phone for more over an hour the afternoon of February 9, 2022, during which time we went through each of the topics to be discussed under Federal Rule 26(f) and Local Civil Rule 26(f). Although we are not able to give legal advice to Ms. Martinez, we spent a great deal of time attempting to explain what each of the topics would mean for the case in practical, non-legal terms.

4. The next day, February 10, I endeavored to record the parties' agreed and disputed positions in a draft, proposed joint status report and provided that draft report to Ms. Martinez. *See* Exhibit B (February 10 – March 7, 2022 Emails) at 4. We received a pdf document from Ms. Martinez on the afternoon of March 3, 2022, which did not explain what changes she had made or contain any redlines showing those changes. *See id.* at 2. To identify and review changes, I asked Ms. Martinez to provide a Microsoft Word version, but she did not do so. *Id.* at 3. Accordingly, on the morning of March 7, the deadline for the report, I converted Ms. Martinez's file from pdf to Microsoft Word and tried to create a redline version that way. *Id.* at 2. I notified Ms. Martinez as to which of her proposed changes I was not going to accept, *id.* at 1-2, and I filed what I believed to be a joint report that reflected the parties' positions on March 7, 2022, *see* Dkt. 13.

5. On March 7, 2022, Ms. Martinez notified Defendants' counsel that she did not agree with the filed report and stated that she was going to file a motion for sanctions. *See* Exhibit C

DECLARATION OF KERALA T. COWART IN SUPPORT OF
DEFENDANTS' PRAECIPE TO CORRECT ERROR IN PARTIES' JOINT
STATUS REPORT AND DISCOVERY PLAN - 2
(2:21-cv-01560-RSM)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

(March 7-10, 2022 Correspondence and Emails) at 7. I offered to make changes to ensure that the Report was accurate from both parties' perspectives, provided that Ms. Martinez proposed changes in Microsoft Word and provided that she not propose changes to Defendants' positions. *Id.* at 6. My co-counsel and I worked over the next few days to understand which changes Ms. Martinez was requesting, however we found it challenging. *Id.* at 1-6. One continued source of disagreement was Ms. Martinez's request that changes be made to Defendants' description of Defendants' position. *Id.*

6. On March 10, 2022, Ms. Martinez provided a version of the Joint Status Report which I understand to be the version that she is satisfied with. *See* Exhibit D (March 10-11, 2022 Emails).

7. Exhibit E is a "redline" that compares Ms. Martinez's March 10 version with the initial version of the Report filed on March 7, with two exceptions: First, Defendants made to Defendants' positions in order to respond to Plaintiff's newly added statements of her position (Defendants' changes are shown in green). Second, Exhibit E does not contain Plaintiff's proposed revisions to the description of *Defendant's* position in paragraph 4.D. Defendants declined to make those revisions because they do not accurately state Defendants' position.

8. Although it has been difficult to ascertain, it is undersigned counsel's understanding that the corrected version of the Report in Exhibit A ("clean" version) and Exhibit E ("redline" version) contains all of Plaintiff's requested changes except for her proposed revisions description of Defendants' position in paragraph 4.D.

DECLARATION OF KERALA T. COWART IN SUPPORT OF
DEFENDANTS' PRAECIPE TO CORRECT ERROR IN PARTIES' JOINT
STATUS REPORT AND DISCOVERY PLAN - 3
(2:21-cv-01560-RSM)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1    I declare under penalty of perjury that the foregoing is true and correct.

2        DATED this 14th day of March, 2022 at Seattle, King County, Washington.

3

4                                    *s/ Kerala Cowart*
                                     Kerala Cowart, WSBA# 53649
5                                    Assistant City Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF KERALA T. COWART IN SUPPORT OF
DEFENDANTS' PRAECIPE TO CORRECT ERROR IN PARTIES' JOINT
STATUS REPORT AND DISCOVERY PLAN - 4
(2:21-cv-01560-RSM)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200