HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAQUEL REYNOLDS, a single person,

               Plaintiff,

v.

CITY OF SEATTLE; et al.,

               Defendants.

NO. 2:21-cv-01560-RSM

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(c)

NOTED FOR CONSIDERATION:
November 4, 2022

*Without Oral Argument*

Defendants City of Seattle, Pete Cavinta, Jr., Scotty Bach, Daniel Kim, German Barreto, Kira Guzman, and Raymond Fischer ("defendants") request that this Court grant dismissal for the reasons set forth in their Motion for Judgment on the Pleadings (Dkt. # 18). Plaintiff's response to the defendants' motion was due October 24, 2022 (LCivR 7(d)), and she has not filed a response to date. Pursuant to LCivR 7(b)(2), "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Defendants respectfully request the Court grant their Motion for Judgment on the Pleadings, and because no amendment could cure the numerous deficiencies in

DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO DISMISS UNDER FRCP 12(c) - 1
(NO. 2:21-cv-01560-RSM)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

plaintiff's complaint, they respectfully request that this Court dismiss it with prejudice.

DATED this 31st day of October, 2022.

CHRISTIE LAW GROUP, PLLC

By  /s/ John W. Barry
ROBERT L. CHRISTIE, WSBA #10895
JOHN W. BARRY, WSBA #55661
Attorneys for Defendants
2100 Westlake Ave. N., Ste. 206
Seattle, WA  98109
Phone: 206-957-9669
Email: bob@christielawgroup.com
       john@christielawgroup.com

DEFENDANTS' REPLY IN SUPPORT OF
MOTION TO DISMISS UNDER FRCP 12(c) - 2
(NO.  2:21-cv-01560-RSM)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record:

Raquel Martinez (Reynolds)
5642 44th Avenue S.W.
Seattle, WA 98136
Phone: 206-258-1000
Email: policereports2021@gmail.com
Plaintiff, Pro Se

CHRISTIE LAW GROUP, PLLC

By  *s/ John W. Barry*
JOHN W. BARRY, WSBA #55661
Attorney for Defendants,
2100 Westlake Ave. N., Ste. 206
Seattle, WA  98109
Phone: 206-957-9669
Email: john@christielawgroup.com

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS UNDER FRCP 12(c) - 3
(NO.  2:21-cv-01560-RSM)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669